**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sons of Hell Motorcycle Club, et al., | CV 13-8192-PCT-PGR |
| Plaintiffs, | |
| v. | **ORDER** |
| Arizona Department of Public Safety, et al., | |
| Defendants. | |

Before the Court is Defendants' Joint Motion for Dismiss All Counts. (Doc. 24.) Plaintiffs did not respond to the motion. Pursuant to LRCiv 7.2(i), the Court deems Plaintiffs' failure to respond as consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED granting Defendants' Joint Motion for Dismiss All Counts (Doc. 24).

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action and enter judgment accordingly.

DATED this 9th day of June, 2014.

Paul G. Rosenblatt
United States District Judge